[Cite as *10/21/2002 Case Announcements*, 2002-Ohio-5602.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *October 21, 2002*

### MOTION AND PROCEDURAL RULINGS

**2002–1525.  Columbus City School Dist. Bd. of Edn. v. Zaino.**
Board of Tax Appeals, No. 99–G–703.
   This cause is pending before the court as an appeal from the Board of Tax Appeals. On October 3, 2002, appellant filed a motion to consolidate this case with Supreme Court case No. 2002–1516, *Columbus City Schools Bd. of Edn. v. Zaino*, Board of Tax Appeals No. 00–G–948. Whereas this court dismissed case No. 2002–1516 on October 17, 2002,
   IT IS ORDERED by the court that appellant's motion to consolidate be, and hereby is, denied as moot.

[Cite as *10/23/2002 Case Announcements*, 2002-Ohio-5601.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *October 23, 2002*

### MERIT DECISIONS WITHOUT OPINIONS

**2002–1421.  State ex rel. Joseph & Joseph v. Watson.**
In Mandamus. On answer of respondent and amended motion for judgment on pleadings. On S.Ct.Prac.R. X(5) determination, cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–1445.  State ex rel. Savage v. O'Connor.**
In Mandamus. On motion to dismiss of Betty D. Montgomery, Attorney General, motion to dismiss of Maureen O'Connor, Lieutenant Governor and Director of the Department of Public Safety, motion to dismiss of Jim Petro, Auditor of State, request for oral argument on motions to dismiss, motion for awarding damages or court costs to relator as prevailing party, motion for joinder of Governor Bob Taft et al. as respondents under paragraph 5 of the complaint, motion for finding that respondents had acted unlawfully, and motion for summary judgment. Motions to dismiss sustained. Cause dismissed and motion for damages and costs denied.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–1450.  State ex rel. Steele v. Picken.**
In Prohibition. On answer of respondent, motion to dismiss, and motion for judgment on pleadings. Motion to dismiss sustained. Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–1451.  State ex rel. Bell v. Marion Cty. Pros. Atty.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–1479.  Robinson v. Betleski.**
In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.